IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAGEDORN, et al., | |
|     Plaintiffs, | NO. CIV S-12-0992 KJM JFM |
| v. | |
| BEVERLY A LITCHFIELD, et al., | <u>ORDER TO SHOW CAUSE</u> |
|     Defendants. | |
| _____/ | |

    An initial scheduling conference was held in this case on November 15, 2012; plaintiffs' counsel failed to appear. While counsel has since filed a motion to withdraw, she has not explained why she did not appear or request leave not to appear at the November status conference.

    Accordingly, counsel for plaintiffs is hereby ordered to show cause within twenty-one days why sanctions should not be imposed against counsel for her failure to appear.

    IT IS SO ORDERED.

DATED: December 13, 2012.

                                                             UNITED STATES DISTRICT JUDGE

1